1821.   JORDAN *v.* THE STATE.

HILL, C. J.   No error of law is complained of, and the evidence fully supports the verdict.                    *Judgment affirmed.*

Accusation of carrying concealed weapon, from city court of Monticello—Judge Thurman.   March 16, 1909.

Submitted May 4,—Decided May 18, 1909.

*Greene F. Johnson,* for plaintiff in error.

*Doyle Campbell, solicitor,* contra.